UNITED STATES DISTRICT COURT
For the District of Connecticut

| | |
|---|---|
| DANIEL WALSH, CONSERVATOR OF ) <br> THE PERSON AND ESTATE OF ) <br> JOHN DOE, ) <br>     *Plaintiff* ) <br>     v. ) <br> ) <br> BRUCE BEMER and ) <br> WILLIAM TREFZGER, ) <br>     *Defendants* ) | CIVIL NO. 3:18-cv-00131 <br><br><br><br><br><br><br><br> January 22, 2018 |

## NOTICE OF REMOVAL

To the Judges of the United States District Court for the District of Connecticut:

The notice of removal of Bruce Bemer respectfully shows:

1. On June 22, 2017, an action was commenced against Defendant Bruce Bemer ("Defendant Bemer") in the Superior Court of Connecticut, Judicial District of Fairfield at Bridgeport No. FBT-CV17-5033156-S, entitled Daniel Walsh, Conservator of the Person and Estate of John Doe, Plaintiff ("Plaintiff") v. Bruce J. Bemer and William Trefzger, Defendants.

2. On June 29, 2017, service was made on Defendant Bemer and on William Trefzger of a summons and complaint, copies of which are attached to this notice.

3. Additionally, the following pleadings and orders have been served upon Defendants, copies of which are attached to this notice:

   a. July 17, 2017 order transferring matter to the Judicial District of Fairfield at Bridgeport;

   b. August 14, 2017 order marking off motion for permission to use pseudonym;

   c. September 11, 2017 order granting motion for extension of time to plead;

1

    d. October 10, 2017 order granting motion for extension of time to plead;

    e. October 16, 2017 order marking off motion for order;

    f. October 25, 2017 request to revise;

    g. November 1, 2017 objection to request to revise;

    h. November 6, 2017 order granting motion to consolidate;

    i. November 7, 2017 order denying caseflow request;

    j. November 8, 2017 order denying caseflow request;

    k. December 4, 2017 order denying motion for expedited discovery;

    l. December 4, 2017 order denying motion for protective order;

    m. December 4, 2017 order concerning motion for expedited discovery;

    n. December 4, 2017 order concerning objection to motion for expedited discovery;

    o. December 4, 2017 order granting in part and denying in part the request to revise;

    p. December 12, 2017 order granting motion to quash for purposes of prejudgment remedy hearing;

    q. December 12, 2017 order concerning objection to motion to quash.

4. On December 22, 2017, Plaintiff filed with the Superior Court of Connecticut, Judicial District of Fairfield at Bridgeport a request for leave to file amended complaint and an amended complaint, copies of which are attached to this notice. This document contained, for the first time in this case, a claim of violation of United States Code, Title 18, Section 1595.

5. This action is a civil action of which this Court has original jurisdiction under the

provisions of the United States Code, Title 28, Section 1331, as Plaintiff includes a cause of action arising under United States Code, Title 18, Section 1595, and is one that may be removed to this court by Defendant, pursuant to United States Code, Title 28, Section 1441(c).

6. Removal is taking place more than thirty days after any defendant first received a copy of the summons and complaint because a federal cause of action was not included in the complaint until December 22, 2017.

7. Defendant William Trefzger's consent to the removal of this cause to the United States District Court for the District of Connecticut is not required under 28 U.S.C. § 1441(c)(2).

WHEREFORE, Defendant Bemer prays that this action now pending against him in the Superior Court of Connecticut, Judicial District of Fairfield at Bridgeport, be removed from that Court to this Court.

RESPECTFULLY SUBMITTED,

THE DEFENDANT,
BRUCE BEMER

By: /s/ Ryan P. Barry
Ryan P. Barry
Fed. Bar No. ct21683
Barry, Barall & Spinella, LLC
202 West Center Street, 1st Floor
Manchester, CT 06040
(P): (860) 649-4400
(F): (860) 645-7900
rbarry@bbsattorneys.com
His Attorney

**UNITED STATES DISTRICT COURT**
**For the District of Connecticut**

| | | |
|---|---|---|
| **DANIEL WALSH, CONSERVATOR OF** | ) | |
| **THE PERSON AND ESTATE OF** | ) | |
| **JOHN DOE,** | ) | |
|     *Plaintiff* | ) | |
|     v. | ) | **CIVIL NO. 3:18-cv-00131** |
| | ) | |
| **BRUCE BEMER and** | ) | |
| **WILLIAM TREFZGER,** | ) | |
|     *Defendants* | ) | **January 22, 2018** |

### CERTIFICATE OF SERVICE

    I hereby certify that on January 22, 2018, a copy of the foregoing was served on the following:

Gerald S. Sack, Esq.
Law Offices of Gerald S. Sack, LLC
836 Farmington Avenue
West Hartford, CT 06119
P: (860) 236-7225
F: (860) 231-8114
E: gssack@sacklawoffice.com
(Plaintiff - Daniel Walsh, Conservator)

Edward J. Gavin, Esq.
Law Offices of Edward J. Gavin
1087 Broad Street, 1st Floor Left
Bridgeport, CT 06604
P: (203) 347-7050
F: (203) 683-6555
E: ed@edgavinlaw.com
(Defendant - William Trefzger)

Joel Faxon, Esq.
Faxon Law Group, LLC
59 Elm Street
New Haven, CT 06510
P: (203) 624-9500
F: (203) 624-9100
E: jfaxon@faxonlawgroup.com
(Plaintiffs - Edward Barron, et al.)

Kevin C. Ferry, Esq.
Law Office of Kevin C. Ferry, LLC
77 Lexington Street
New Britain, CT 06052
P: (860) 827-0880
F: (860) 827-9942
E: kevin@kevinferrylaw.com
(Plaintiffs - John Doe & Adam Doe)

Philip Russell, Esq.
Philip Russell, LLC
66 Field Point Road
Greenwich, CT 06830
P: (203) 661-4200
F: (203) 661-3666
E: efile@greenwichlegal.com
(Plaintiff - Michael Fleming)

James T. Shearin, Esq.
Pullman & Comley, LLC
850 Main Street/PO Box 7006
Bridgeport, CT 06601
P: (203) 330-2240
F: (203) 576-8888
E: jtshearin@pullcom.com
(Barry, Barall & Spinella, LLC)


/s/ Ryan P. Barry
Ryan P. Barry
Fed. Bar No. ct21683