UNITED STATES DISTRICT COURT
For the District of Connecticut

| | | |
|---|---|---|
| DANIEL WALSH, CONSERVATOR OF | ) | |
| THE PERSON AND ESTATE OF | ) | |
| JOHN DOE, | ) | |
|     *Plaintiff* | ) | |
|     v. | ) | CIVIL NO.: 3:18-CV-00131-JCH |
| | ) | |
| BRUCE BEMER and | ) | |
| WILLIAM TREFZGER, | ) | |
|     *Defendants* | ) | January 24, 2018 |

## NOTICE OF PENDING MOTIONS

To Judge Janet C. Hall of the United States District Court for the District of Connecticut:

The following motions are pending and require action by this Court. True and complete copies of each such document are attached hereto:

1. On June 22, 2017, plaintiff filed an ex parte application for the temporary use of a pseudonym;

2. On June 22, 2017, plaintiff filed a motion for leave to prosecute under fictitious name, and motion for protective order;

3. On June 23, 2017, a Connecticut Superior Court judge issued an order permitting use of pseudonym "until further court order" and scheduled a hearing on the matter August 14, 2017;

4. On August 14, 2017, a Connecticut Superior Court judge issued an order marking off the August 14, 2017 hearing as no one appeared for the hearing.

WHEREFORE, Defendant Bruce Bemer prays that this Court determine whether the plaintiff in this action may continue to proceed under pseudonym.

1

RESPECTFULLY SUBMITTED,


THE DEFENDANT,
BRUCE BEMER


By: /s/ Ryan P. Barry
Ryan P. Barry
Fed. Bar No. ct21683
Barry, Barall & Spinella, LLC
202 West Center Street, 1st Floor
Manchester, CT 06040
(P): (860) 649-4400
(F): (860) 645-7900
rbarry@bbsattorneys.com
His Attorney

# UNITED STATES DISTRICT COURT
## For the District of Connecticut

| | | |
|---|---|---|
| DANIEL WALSH, CONSERVATOR OF THE PERSON AND ESTATE OF JOHN DOE, *Plaintiff* | ) ) ) ) | |
| v. | ) ) | CIVIL NO.: 3:18-CV-00131-JCH |
| BRUCE BEMER and WILLIAM TREFZGER, *Defendants* | ) ) ) ) | January 24, 2018 |

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2018, a copy of the foregoing was served on the following:

Gerald S. Sack, Esq.
Law Offices of Gerald S. Sack, LLC
836 Farmington Avenue
West Hartford, CT 06119
P: (860) 236-7225
F: (860) 231-8114
E: gssack@sacklawoffice.com
(Plaintiff - Daniel Walsh, Conservator)

Edward J. Gavin, Esq.
Law Offices of Edward J. Gavin
1087 Broad Street, 1st Floor Left
Bridgeport, CT 06604
P: (203) 347-7050
F: (203) 683-6555
E: ed@edgavinlaw.com
(Defendant - William Trefzger)

/s/ Ryan P. Barry
Ryan P. Barry
Fed. Bar No. ct21683