CV17-5045216

DANIEL WALSH, CONSERVATOR OF
THE PERSON AND ESTATE OF
JOHN DOE                                : SUPERIOR COURT

v.                                      : J.D. OF HARTFORD

BRUCE BEMER and
WILLIAM TREFZGER                        : JUNE 16, 2017

## *EX PARTE* APPLICATION FOR THE TEMPORARY USE OF A PSEUDONYM

The plaintiff, John Doe, pursuant to Practice Book §11-20A(h)(2), applies to this court for a temporary *ex parte* order to proceed with pseudonyms in this action for the identity of plaintiff's ward.. The plaintiff's ward is an adult who was a victim of a continuous course of depraved and corrupt sexual business activity over many years, wherein the defendants would target young men with drug/alcohol addictions and emotional impairments for sexual exploitation, willingly engaging in a conspiracy to sexually traffic individuals, including the plaintiff's ward, John Doe, for financial gain and/or depraved sexual gratification in lieu of or in addition to financial gain. Moreover, plaintiff's ward's identify has been shielded by the Court in the warrants. In accordance with General Statutes §§ 54-86d and 54-86e (providing for protection of victims of sexual assault), and practice Book §11-20A(h)(2), the plaintiff requests that an *ex parte* order be granted allowing for the prosecution of the matter using a fictitious name for the ward until a hearing can be held as provided by law so the court can determine whether continued prosecution under pseudonyms should be allowed.



JUN 2 2 2017

HARTFORD



---

**LAW OFFICES OF GERALD S. SACK, LLC**
836 FARMINGTON AVENUE, SUITE 109 • WEST HARTFORD, CT 06119 • (860) 236-7225 • JURIS NO. 423992

THE PLAINTIFF: DANIEL WALSH,
CONSERVATOR OF THE PERSON AND ESTATE OF
JOHN DOE

By _____
Gerald S. Sack
Juris Number 423992
Law Offices of Gerald S. Sack, LLC
836 Farmington Avenue
West Hartford, CT 06119
860-236-7225

CV17-5045216
Daniel Walsh, etc

v.

Bruce Bemer et al

Ex parte order and
## ORDER FOR HEARING AND NOTICE

The foregoing application having been heard by the Court, it is hereby ORDERED:

(GRANTED) / DENIED

It is further ordered that the Court finds the petitioner's interests in protecting his ward's identify compelling and significant in light of the allegations of sexual assault and psychological abuse, pseudonyms are necessary to accomplish the same. Such interest outweighs the public's interest in knowing his name and no lesser alternative will suffice. This order shall remain in effect until a further court order. A hearing on _____August 14, 2017_____, to be held at 95 Washington Street, Hartford, CT at which time this question will be considered anew.

It is further ordered that petitioner's identify shall be disclosed to defense counsel

THE COURT,

By _____Epstein_____
Judge / Clerk

Hearing time 9:30 am.

**LAW OFFICES OF GERALD S. SACK, LLC**
836 FARMINGTON AVENUE, SUITE 109 • WEST HARTFORD, CT 06119 • (860) 236-7225 • JURIS NO. 423992

| | | |
|---|---|---|
| DANIEL WALSH, CONSERVATOR OF THE PERSON AND ESTATE OF JOHN DOE | : | SUPERIOR COURT |
| v. | : | J.D. OF HARTFORD |
| BRUCE BEMER and WILLIAM TREFZGER | : | JUNE 16, 2017 |

## MOTION FOR LEAVE TO PROSECUTE UNDER FICTITIOUS NAME, AND MOTION FOR PROTECTIVE ORDER

Pursuant to Practice Book section 11-20A(h)(3), the plaintiff moves for an order permitting the permanent use of the pseudonym John Doe for his ward in place of his true and legal name beyond the initial temporary period allowed by the Court. In Support of this motion, the plaintiff states as follows:

The nature of the plaintiff's claims in the complaint make it clear that it would be an unwarranted invasion of plaintiff's ward's privacy were his name to become part of a public record. There is no prejudice to defendants by this request, as both are well aware of plaintiff's ward's identity.

In addition, plaintiff moves for a protective order precluding defendants from publicizing, disseminating, stating, or otherwise using the plaintiff's ward's real name in a court filing or otherwise without leave of this Court. To do so would be undue invasion of the plaintiff's ward's privacy without any countervailing benefit to defendants

Finally, plaintiff moves that a protective order enter precluding all parties from publicizing or disseminating the discovery responses of any party and the deposition

testimony of any party, to this case, without a court order, for the same reasons specified above.

>THE PLAINTIFF: DANIEL WALSH,
>CONSERVATOR OF THE PERSON AND ESTATE OF
>JOHN DOE
>
>By _____
>Gerald S. Sack
>Juris Number #23992
>Law Offices of Gerald S. Sack, LLC
>836 Farmington Avenue
>West Hartford, CT 06119
>860-236-7225

| TIME, DATE, SCOPE AND DURATION OF SEALING OR CLOSURE ORDER | STATE OF CONNECTICUT SUPERIOR COURT | FOR COURT USE ONLY |
|---|---|---|
| JD-CL-76 Rev. 12-07 P.B. §§ 11-20, 11-20A, 25-59, 25-59A | **NOTICE** No information entitled to remain confidential should be placed on this form. | ☐ SEALOR (Document(s) or file sealed) ☐ LIMITOR (Disclosure limited) ☐ CLOSEOR (Courtroom closed) ☒ PSEUDOR (Use of pseudonym(s) granted) |

Pursuant to Practice Book Sections 11-20, 11-20A, 25-59 and 25-59A the time, date, scope and, except for court closure orders, duration of the order shall be reduced to writing, signed by the judicial authority, and entered by the clerk in the court file. This form should be used for that purpose.

In addition to signing this form, the judicial authority must also comply with the other requirements of the above rules, which include articulating the overriding interest being protected, specifying its findings underlying the order, and either ordering that a transcript of its decision be included in the court file or preparing a memorandum setting forth the reasons for its order. When sealing an entire court file, the judicial authority must also comply with Sections 11-20A(f) and 25-59A(f).

*Instructions to Clerk for Civil and Family Cases:* Complete this form upon issuance of the court order and IMMEDIATELY enter it in the court file. Use Section I for an order sealing document(s) or a file. Use Section II for an order limiting disclosure. Use Section III for an order closing a courtroom. Use Section IV for an order granting permission to use pseudonyms. The judicial authority and clerk must sign Section V. Code this form using the appropriate docket legend(s) for the section(s) of the form completed.

*Additional instructions to Clerk for Civil Cases only:* If Sections I, II or III are completed, IMMEDIATELY post a copy of this form on a bulletin board adjacent to the clerk's office and accessible to the public and fax the form IMMEDIATELY to Court Operations at (860) 263-2773 for posting on the judicial branch website.

| JUDICIAL DISTRICT OF Hartford | AT (Town) Hartford | DOCKET NO. CV17-5045216 |
|---|---|---|

CASE NAME (In the case of parties for whom a Motion for Permission to Use Pseudonym(s) was granted, use the pseudonym(s).)
Daniel Walsh Conservator of the Person and Estate of John Doe v. Bruce Bemer et al

**SECTION I - ORDER SEALING DOCUMENT(S) OR FILE (Use "SEALOR" Docket Legend)**

| DATE OF SEALING ORDER | TIME OF SEALING ORDER | DURATION OF SEALING ORDER |
|---|---|---|

SCOPE OF SEALING ORDER ("X" one)
☐ Case caption and docket number to be disclosed, contents of file sealed.
☐ The following designated motion(s), pleading(s) or other document(s) is/are sealed.

ENTRY NUMBER(S) OF DOCUMENT(S) SEALED PURSUANT TO THE ORDER

ADDITIONAL ORDERS REGARDING SCOPE

**SECTION II - ORDER LIMITING DISCLOSURE (Use "LIMITOR" Docket Legend)**
(Use only for order limiting disclosure OTHER THAN SEALING. If order is to seal document(s) or file use Section I above.)

| DATE OF ORDER LIMITING DISCLOSURE | TIME OF ORDER LIMITING DISCLOSURE |
|---|---|
| DURATION OF ORDER LIMITING DISCLOSURE | ENTRY NUMBER(S) OF APPLICABLE DOCUMENT(S) |

SCOPE OF ORDER LIMITING DISCLOSURE (Explain limitation on disclosure, e.g., redaction, but do not include confidential information.)

**SECTION III - ORDER CLOSING COURTROOM (Use "CLOSEOR" Docket Legend)**

| DATE OF ORDER CLOSING COURTROOM | TIME OF ORDER CLOSING COURTROOM | ENTRY NUMBER OF DOCUMENT |
|---|---|---|

SCOPE OF ORDER CLOSING COURTROOM

**SECTION IV - ORDER PERMITTING USE OF PSEUDONYM(S) (Use "PSEUDOR" Docket Legend)**

| DATE OF ORDER PERMITTING USE OF PSEUDONYM(S) 6/23/17 | TIME OF ORDER PERMITTING USE OF PSEUDONYM(S) 11:45 am |
|---|---|

DURATION OF ORDER PERMITTING USE OF PSEUDONYM(S)
Until further Court Order

SCOPE OF ORDER PERMITTING USE OF PSEUDONYM(S)
See attached order

**SECTION V - SIGNATURES (Complete in every case)**

| SIGNATURE OF JUDICIAL AUTHORITY *Epstein* | DATE SIGNED 6-23-17 |
|---|---|
| SIGNATURE OF CLERK (Chief Clerk or His/Her Designee) | DATE SIGNED 6/23/17 |

102/4

CV17-5045216

Daniel Walsh, etc

v.

Bruce Bemer et al

Ex parte order and
**ORDER FOR HEARING AND NOTICE**

The foregoing application having been heard by the Court, it is hereby ORDERED:

(GRANTED) / DENIED

It is further ordered that the Court finds the petitioner's interests in protecting his ward's identify compelling and significant in light of the allegations of sexual assault and psychological abuse, pseudonyms are necessary to accomplish the same. Such interest outweighs the public's interest in knowing his name and no lesser alternative will suffice. This order shall remain in effect until a hearing on _____August 14, 2017_____, to be held at 95 further court order.
Washington Street, Hartford, CT at which time this question will be considered anew.

It is further ordered that petitioner's identify shall be disclosed to defense counsel

THE COURT,

By _____[signature]_____
Judge / Clerk

Hearing time 9:30 am.

**LAW OFFICES OF GERALD S. SACK, LLC**
836 FARMINGTON AVENUE, SUITE 109 • WEST HARTFORD, CT 06119 • (860) 236-7225 • JURIS NO. 423992

DOCKET NO: FBTCV175033156S      SUPERIOR COURT      ORDER 421277

WALSH, DANIEL, CONSERVATOR OF THE PERSON AND ESTAT      JUDICIAL DISTRICT OF FAIRFIELD AT BRIDGEPORT

V.

BEMER, BRUCE, J Et Al      8/14/2017

## ORDER

ORDER REGARDING:
06/22/2017 103.00 MOTION FOR PERMISSION TO USE PSEUDONYM(S)

The foregoing, having been considered by the Court, is hereby:

ORDER: OFF

This matter was marked take papers, and no one appeared for the required 11-20A hearing. The motion must be reclaimed as arguable.

Judicial Notice (JDNO) was sent regarding this order.

421277

Judge: BARBARA N BELLIS