# UNITED STATES DISTRICT COURT
## For the District of Connecticut

| | | |
|---|---|---|
| DANIEL WALSH, CONSERVATOR OF THE PERSON AND ESTATE OF JOHN DOE, <br> *Plaintiff* <br> v. <br><br> BRUCE BEMER and WILLIAM TREFZGER, <br> *Defendants* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | <br><br><br><br> CIVIL NO.: 3:18-CV-00131-JCH <br><br><br><br> January 28, 2018 |

## SIGNED STATEMENT FOLLOWING NOTICE OF REMOVAL

To The Honorable Janet C. Hall, United States District Court Judge for the District of Connecticut:

1. On June 22, 2017, an action was commenced against Defendant Bruce Bemer ("Defendant Bemer") in the Superior Court of Connecticut, Judicial District of Fairfield at Bridgeport No. FBT-CV17-5033156-S, entitled Daniel Walsh, Conservator of the Person and Estate of John Doe, Plaintiff ("Plaintiff") v. Bruce J. Bemer and William Trefzger, Defendants.

2. On June 29, 2017, service was made on Defendant Bemer and on William Trefzger of a summons and complaint.

3. Removal is taking place more than thirty days after any defendant first received a copy of the summons and complaint because a federal cause of action was not included in the complaint until December 22, 2017, when Plaintiff filed with the Superior Court of Connecticut, Judicial District of Fairfield at Bridgeport a request for leave to file amended complaint and an amended complaint. This document contained, for the first time in this case, a claim of violation of United States Code, Title 18, Section 1595.

1

4. Defendant William Trefzger's consent to the removal of this cause to the United States District Court for the District of Connecticut is not required under 28 U.S.C. § 1441(c)(2).

5. Defendant Bemer filed a Notice of Removal of this matter on January 22, 2018.

RESPECTFULLY SUBMITTED,

THE DEFENDANT,
BRUCE BEMER

By: /s/ Ryan P. Barry
Ryan P. Barry
Fed. Bar No. ct21683
Barry, Barall & Spinella, LLC
202 West Center Street, 1st Floor
Manchester, CT 06040
(P): (860) 649-4400
(F): (860) 645-7900
rbarry@bbsattorneys.com
His Attorney

# UNITED STATES DISTRICT COURT
For the District of Connecticut

| | | |
|---|---|---|
| DANIEL WALSH, CONSERVATOR OF ) | | |
| THE PERSON AND ESTATE OF ) | | |
| JOHN DOE, ) | | |
|    *Plaintiff* ) | | |
| v. ) | CIVIL NO.: 3:18-CV-00131-JCH | |
| ) | | |
| BRUCE BEMER and ) | | |
| WILLIAM TREFZGER, ) | | |
|    *Defendants* ) | January 28, 2018 | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2018, a copy of the foregoing was served on the following:

Gerald S. Sack, Esq.
Law Offices of Gerald S. Sack, LLC
836 Farmington Avenue
West Hartford, CT 06119
P: (860) 236-7225
F: (860) 231-8114
E: gssack@sacklawoffice.com
(Plaintiff - Daniel Walsh, Conservator)

Edward J. Gavin, Esq.
Law Offices of Edward J. Gavin
1087 Broad Street, 1st Floor Left
Bridgeport, CT 06604
P: (203) 347-7050
F: (203) 683-6555
E: ed@edgavinlaw.com
(Defendant - William Trefzger)

                                        /s/ Ryan P. Barry
                                        Ryan P. Barry
                                        Fed. Bar No. ct21683