**United States District Court**
**For the District of Connecticut**

| | | |
|---|---|---|
| DANIEL WALSH, CONSERVATOR OF THE PERSON AND ESTATE OF JOHN DOE, Plaintiff | ) ) ) ) | CIVIL ACTION NO. 3:18-cv-00131 |
| VS | ) ) | |
| BRUCE BEMER and WILLIAM TREFZGER, Defendants | ) ) ) ) | JANUARY 29, 2018 |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1), the plaintiff, Daniel Walsh, Conservator of the person and estate of John Doe, dismisses this action <u>without</u> prejudice.

THE PLAINTIFF,
DANIEL WALSH, CONSERVATOR of the
PERSON and ESTATE of JOHN DOE

BY: /s/ Gerald S. Sack
Gerald S. Sack
Federal Bar #ct0527
Law Offices of Gerald S. Sack, LLC
836 Farmington Avenue, Suite 109
West Hartford, CT  06119
(860) 236-7225
gssack@sacklawoffice.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2018, a copy of the foregoing was served on the following:

| | | |
|---|---|---|
| Ryan P. Barry, Esq.<br>Barry, Barall & Spinella<br>202 West Center St., 1st Floor<br>Manchester, CT 06040<br>rbarry@bbsattorneys.com | Edward J. Gavin, Esq.<br>Law Offices of Edward J. Gavin<br>1087 Broad St., 1st Floor Left<br>Bridgeport, CT 06604<br>ed@edgavinlaw.com | Joel Faxon, Esq.<br>Faxon Law Group, LLC<br>59 Elm Street<br>New Haven, CT 06510<br>jfaxon@faxonlawgroup.com |
| Kevin C. Ferry, Esq.<br>Law Office of Kevin C. Ferry<br>77 Lexington Street<br>New Britain, CT 06052<br>kevin@kevinferrylaw.com | Philip Russell, Esq.<br>Phillip Russell, LLC<br>66 Field Point Road<br>Greenwich, CT 06830<br>efile@greenwichlegal.com | James T. Shearin, Esq.<br>Pullman & Comley, LLC<br>850 Main Street<br>P.O. Box 7006<br>Bridgeport, CT 06601<br>jtshearin@pullcom.com |

                                        /s/ Gerald S. Sack
                                        Gerald S. Sack
                                        Federal Bar #ct0527